UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, III, | No. 2:15-cv-0521 CKD P |
| Plaintiff, | |
| v. | ORDER |
| L SCMIDT, | |
| Defendant. | |

Plaintiff has filed a motion seeking an order directing prison officials to transport inmate Pedro Cisneros to the court for trial.  Plaintiff has also filed a motion asking that certain exhibits be admitted into evidence at trial.  Good cause appearing IT IS HEREBY ORDERED that:

1. Plaintiff's October 9, 2015 "motion for attendance of incarcerated witness . . ." (ECF No. 25) is denied without prejudice to refiling with plaintiff's pretrial statement.  The court will set a date for the filing of pretrial statements after any dispositive motions have been resolved.

/////
/////
/////
/////
/////
/////

1

     2. Plaintiff's "motion for request of admission of exhibit M" (ECF No. 26) is denied. In his pretrial statement, plaintiff will list his exhibits. Plaintiff will not be required to establish admissibility of his exhibits in his pretrial statement. Admissibility will be addressed shortly before trial.

Dated: November 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1  
pere0521.dwp