UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, III, | No. 2:15-cv-0521 CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. SCMIDT, | |
| Defendant. | |

Plaintiff has filed a motion in which he asks that the court order Kern County Jail officials to provide plaintiff with a pen, rather than a pencil, for drafting of legal documents. Plaintiff may use a pencil as long as he writes legibly. Accordingly, plaintiff's request (ECF No. 32) is denied.

Dated: April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pere0521.mfp