1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  JENNIFER MARQUEZ, State Bar No. 232194
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5569
6   Fax: (916) 322-8288
    E-mail: Jennifer.Marquez@doj.ca.gov
7  *Attorneys for Defendant L. Schmidt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE PEREZ, III,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**L. SCMIDT,**<br><br>                    Defendant, | 2:15-cv-0521 CKD PC<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF THE COURT'S PRETRIAL SCHEDULING ORDERS (DOCS. 22 and 31)** |

COMES NOW Defendant L. Schmidt, through her attorney of record, and Plaintiff Jesse Perez, III, in pro per, and subject to the approval of this Court, hereby stipulate and respectfully request modification of this Court's Pretrial Scheduling Orders (Doc. 22 and 31.) The parties need additional time to complete discovery.

/ / /

/ / /

/ / /

1

1  On December 10, 2015, Defendant served Plaintiff with Special Interrogatories, Set Two.
2  The Court's scheduling order provides that responses to discovery are due forty-five (45) days
3  after the discovery request is served. Plaintiff's due date to respond to Defendant's written
4  discovery was January 24, 2016. Defendant received Plaintiff's responses on or about January 27,
5  2016. After reviewing Plaintiff's responses, Defendant sent Plaintiff a meet and confer letter on
6  January 28, 2016 to address deficiencies in Plaintiff's responses. Defendant requested that Plaintiff
7  provide amended responses by February 11, 2016.  Plaintiff then sent Defendant a letter dated
8  February 13, 2016 stating that he was working on the discovery responses and would have them to
9  defendant "ASAP."

10  The week of March 7, 2016, counsel for Defendant was unexpectedly out of the office and
11  out of town due to a family medical emergency. When counsel for Defendant returned to the office
12  on March 14, 2016, counsel worked on trial preparation for a trial that started March 29, 2016 and
13  lasted until April 5, 2016.

14  On or about March 21, 2016, counsel for Defendant received a letter from Plaintiff stating
15  that he had been temporarily transferred to Lerdo Pretrial Facility in Bakersfield, California, to
16  attend a criminal proceeding in Kern County Superior Court. Plaintiff anticipates he will be at that
17  location for four months or until the end of July of 2016. Plaintiff's letter also stated that he did not
18  have his discovery responses (interrogatories) that he was working on as part of our meet and
19  confer efforts. Plaintiff also does not have his complaint.

20  On April 8, 2016, counsel for Defendant responded to plaintiff's letter.  Defendant sent
21  plaintiff a courtesy copy of his complaint and the discovery responses at issue, along with
22  defendant's prior meet and confer letter dated January 27, 2016.  Defendant requested plaintiff
23  provide his responses no later than May 2, 2016. If Plaintiff and Defendant are unable to resolve
24  the discovery issue, Defendant will need to file a motion to compel further responses.

25  Additionally, on January 25, 2016, Defendant served Plaintiff with a Notice to Consumer
26  regarding a subpoena for Plaintiff's medical records from San Joaquin General Hospital and a copy
27  of the subpoena for Plaintiff's medical records from San Joaquin General Hospital. Plaintiff did
28  not object. Due to a clerical error regarding plaintiff's date of birth, the subpoena has been

re-issued and documents are requested to be produced on April 22, 2016.

Once written discovery is completed, Defendant may wish to depose Plaintiff. Pursuant to Federal Rules of Civil Procedure 30 and the Court's Scheduling Order (Doc. 22), Defendant must provide at least fourteen (14) days notice to depose Plaintiff. Plaintiff is currently under the custody of Kern County at Lerdo Pretrial Facility until, at least, the end of July of 2016. Plaintiff will return to the custody of High Desert State Prison sometime thereafter. Thus, Plaintiff's deposition date will likely need to be coordinated with county officials at Lerdo Pretrial Facility, who require about ten days notice for scheduling depositions.

This is the third stipulation to modify the court's scheduling order. The parties previously stipulated and the court approved a modification of the court's scheduling order. (Docs. 27 and 29).

Because the parties have been diligent in conducting discovery and need additional time to complete discovery, there is good cause to modify the scheduling order. Therefore, the parties propose the following schedule:

The discovery completion deadline of April 29, 2016 be extended one hundred and ten days (110) days or until **August 18, 2016.**

The pretrial motions deadline of July 20, 2016 be extended ninety (90) days or until **October 20, 2016.**

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED**

Dated: April 26, 2016                           Attorney General's Office of California

By: /s/ Jennifer Marquez
_____
JENNIFER MARQUEZ
Deputy Attorney General
*Attorneys for Defendant L. Schmidt*

Dated: April 21, 2016                           IN PRO PER

By: /s/ Jesse Perez, III
_____
JESSE PEREZ, III
Plaintiff, In Pro Per

**IT IS SO ORDERED**

Dated: April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2015300903

4

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF THE COURT'S PRETRIAL SCHEDULING ORDERS (DOCS. 22 and 31) (2:15-cv-0521 CKD PC)