UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. SCHMIDT,<br><br>　　　　　Defendant. | No. 2:15-cv-0521 CKD P<br><br><br>ORDER |

On June 6, 2016, defendant filed a motion asking that the court compel plaintiff to provide further responses to certain interrogatories. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file a response to defendant's pending motion to compel. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pere0521.46