KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
JOHN M. FESER, JR., State Bar No. 209736
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5118
 Fax: (916) 322-8288
 E-mail: John.Feser@doj.ca.gov
*Attorneys for Defendant L. Schmidt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE PEREZ, III,**<br><br>                              Plaintiff,<br><br>             v.<br><br>**L. SCHMIDT,**<br><br>                              Defendant. | 2:15-cv-0521 CKD P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DISCOVERY AND PRETRIAL MOTION DEADLINES**<br><br>**[DOCKET NOS. 22, 31 and 35]** |

**ORDER**

GOOD CAUSE APPEARING, the request of Defendant L. Schmidt to modify the Court's Scheduling Order to continue the deadlines to close discovery and file a pretrial motion is hereby GRANTED.

The discovery cut-off is hereby extended to <u>November 15, 2016</u>.

The pretrial motion deadline is hereby extended to <u>March 29, 2017</u>.

Dated: August 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE